COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE | | |
| | § | No. 08-10-00337-CV |
| | | |
| H.D. VEST, INC. AND STEPHANIE | § | AN ORIGINAL PROCEEDING |
| CHARITONENKO, | | |
| | § | IN MANDAMUS |
| | | |
| RELATORS. | § | |

**<u>OPINION ON PETITION FOR WRIT OF MANDAMUS</u>**

Relators seek a writ of mandamus to overturn an order denying their motion to compel

arbitration pursuant to the Federal Arbitration Act (FAA). A writ of mandamus will issue only if

the trial court clearly abused its discretion and if the relator has no adequate remedy by appeal.

*In re Prudential Ins. Co. of America*, 148 S.W.3d 124, 135-36 (Tex. 2004). A party may appeal

an interlocutory order denying a motion to compel arbitration under the FAA. *See*

TEX.CIV.PRAC.&REM.CODE ANN. § 51.016 (Vernon Supp. 2010); *In re Merrill Lynch & Co.,*

*Inc.*, 315 S.W.3d 888, 891 n.3 (Tex. 2010); *Sidley Austin Brown & Wood, LLP v. J.A. Green*

*Dev. Corp.*, ___ S.W.3d ___, 2010 WL 4457467, at *1 (Tex.App.--Dallas Nov. 9, 2010, no

pet.h.). Because Relators thus have an adequate remedy by appeal, the petition for a writ of

mandamus is denied.

November 29, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.